**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-8 (WLS-TQL-1) |
| | : | |
| TAVIO JAVON MCNEARY, JR, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

The Court intends to notice this case for the November 2024 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Monday, September 23, 2024,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

**SO ORDERED**, this 10th day of September 2024.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**